IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LAWERNCE D. KENEMORE, JR.                                                              MOVANT

v                                              CASE NO. 14-5076

UNITED STATES OF AMERICA                                                           RESPONDENT

MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Currently before the undersigned is a 28 U.S.C. § 2241 Motion (Doc. 1) filed by Lawernce D. Kenemore, Jr.  In his § 2241 Motion, Kenemore states that he was convicted and sentenced in the Northern District of Texas in 1996 and is currently serving a three-year term of supervised release in this District.  The undersigned has confirmed with this District's United States Probation Office that Kenemore's term of supervised release commenced on August 27, 2013, and, while he is being supervised in this District, jurisdiction of his case has not been transferred to this District.

In the motion currently before this Court, Kenemore challenges his term of supervised release, arguing, in essence, that it exceeded the statutory maximum.  As Kenemore is attacking the validity of his sentence and not the execution of his sentence, his claim must be asserted in a 28 U.S.C. § 2255 motion in the District in which he was sentenced.  See Nichols v. Symmes, 553 F.3d 647, 649 (8th Cir. 2009).

Accordingly,  the undersigned recommends **DISMISSING** Kenemore's § 2241 Motion for lack of jurisdiction. (Doc. 1.) **The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court**.

DATED this 5th day of March, 2014.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE